**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MICHAEL HOLLINS,

                  Petitioner,

   vs.

BUREAU OF PRISONS; UNITED
STATES MARSHALS SERVICE; and
GREGORY J. AHREN, Sheriff, Alameda
County,

                Respondents.
                               /

No. C 11-2108 PJH (PR)

**ORDER OF DISMISSAL**

      This is a habeas case brought under 28 U.S.C. § 2241 by a federal prisoner.  Mail that the clerk sent to plaintiff at his last known address was returned by the post office as undeliverable.  Plaintiff has not subsequently provided a newer or different mailing address.

      More than sixty days have passed since the mail was returned.  This case is **DISMISSED** without prejudice.  *See* Local R. 3-11(b).

      **IT IS SO ORDERED.**

Dated:  February 1, 2012.

                          PHYLLIS J. HAMILTON
                          United States District Judge

P:\PRO-SE\PJH\HC.11\HOLLINS2108.DSM-mail.wpd